J S - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GS HOLISTIC, LLC, | No. 2:22-cv-08563-JLS-AS |
| Plaintiff, | |
| v. | **ORDER ON PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| G&M TOBACCO INC d/b/a SHERMAN SMOKE SHOP, GAITH SLIKA, MATANOOS NASSAR, | |
| Defendants. | |

Upon consideration of the Notice of Voluntary Dismissal Without Prejudice, and being otherwise fully advised on the premises, it is hereby **ORDERED** and **ADJUDGED** that the Plaintiff's Notice of Voluntary Dismissal Without Prejudice is **GRANTED**.

DONE AND ORDERED in Chambers this 7th day of February 2024.

JOSEPHINE L. STATON

JOSEPHINE L. STATON

UNITED STATES DISTRICT JUDGE

c: All counsel of record

1